Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

* * * * *

| | |
|---|---|
| COURTNEY CHAREM, an individual, | CASE NO.:2:10-cv-0669-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY and DOES I through X inclusive, and ROES I through X inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 20 day of January, 2011.          DATED this 19th day of January, 2011.

FREEMAN & ASSOCIATES                          CHESNOFF & SCHONFELD

_____                _____
Robert W. Freeman, Jr., Esq.                 Richard Schonfeld, Esq.
Nevada Bar No. 3062                          Nevada Bar No. 6518
1060 Wigwam Parkway                          520 South Fourth Street
Henderson, Nevada 89074                      Las Vegas, Nevada 89101
Attorney for Defendant                       Attorneys for Plaintiff
American Family Mutual Insurance
Company

FREEMAN & MONDRAGON
1060 WIGWAM PARKWAY
HENDERSON, NEVADA 89074
TELEPHONE (702) 990-4913

**ORDER**

IT IS SO ORDERED this 27th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge